BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:06-0337 EJG |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER TO EXCLUDE TIME |
| JIAN HONG LIANG, et.al. ) | |
| Defendants. ) | |

The parties request that the status conference in this case be continued from May 14, 2010 to June 25, 2010 at 10:00 a.m. They stipulate that the time between May 14, 2010 and June 25, 2010 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4. Specifically, all defense counsel have been provided with approximately 1943 pages of discovery, including CD's, DVD'S, and VHS tapes. All

1

counsel need additional time to prepare the matter further, review the discovery provided and continue their investigation of the matter.

Additionally, all parties stipulate that this matter is complex within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii) and Local Code T-2, and because of the nature of the prosecution and the number of defendants, it is unreasonable to expect adequate preparation for pretrial proceedings or trial itself within the time limits established by 18 U.S.C. § 3161.  This matter was previously found complex by the U.S. Magistrate during the initial appearances of each defendant and by this Court by stipulation of the parties during the last status conference on December 11, 2009.

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

                                                Respectfully Submitted,

                                                BENJAMIN B. WAGNER
                                                United States Attorney

DATE: May 13, 2010           By:  /s/ Heiko P. Coppola
                                                HEIKO P. COPPOLA
                                                Assistant U.S. Attorney

DATE: May 13, 2010                  /s/ J. David Nick
                                                J. DAVID NICK
                                                Attorney for Defendant Jian Hong Liang

                                                /s/ Charles Bourdon
                                                CHARLES BOURDON
                                                Attorney for Defendant Guo Lu

**SO ORDERED.**

DATE: May 12, 2010

/s/ Edward J. Garcia
EDWARD J. GARCIA
Senior U.S. District Judge