```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  HEIKO P. COPPOLA
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2770
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   CASE NO. 2:06-0337 EJG
                                 )
12              Plaintiff,       )
                                 )
13       v.                      )   STIPULATION AND
                                 )   ORDER TO EXCLUDE TIME
14  JIAN HONG LIANG, et.al.      )
                                 )
15                               )
                Defendants.      )
16  _____ )
17
```

18     The parties request that the status conference in this case
19 be continued from June 25, 2010 to August 6, 2010 at 10:00 a.m.
20 They stipulate that the time between June 25, 2010 and August 6,
21 2010 should be excluded from the calculation of time under the
22 Speedy Trial Act. The parties stipulate that the ends of justice
23 are served by the Court excluding such time, so that counsel for
24 the defendant may have reasonable time necessary for effective
25 preparation, taking into account the exercise of due diligence.
26 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4. Specifically,
27 all defense counsel have been provided with approximately 1943
28 pages of discovery, including CD's, DVD'S, and VHS tapes. All

counsel need additional time to prepare the matter further, review the discovery provided and continue their investigation of the matter.

Additionally, all parties stipulate that this matter is complex within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii) and Local Code T-2, and because of the nature of the prosecution and the number of defendants, it is unreasonable to expect adequate preparation for pretrial proceedings or trial itself within the time limits established by 18 U.S.C. § 3161.  This matter was previously found complex by the U.S. Magistrate during the initial appearances of each defendant and by this Court by stipulation of the parties during the last status conference on December 11, 2009.

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATE: June 23, 2010          By:   /s/ Heiko P. Coppola
                                   HEIKO P. COPPOLA
                                   Assistant U.S. Attorney

DATE: June 23, 2010                /s/ J. David Nick
                                   J. DAVID NICK
                                   Attorney for Defendant Jian Hong Liang

```
                                    /s/ Charles Bourdon
                                    CHARLES BOURDON
                                    Attorney for Defendant Guo Lu
```

**SO ORDERED.**

DATE: June 22, 2010

```
                                    /s/ Edward J. Garcia
                                    EDWARD J. GARCIA
                                    Senior U.S. District Judge
```