**FILED**

OCT 0 4 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Law Offices of Charles F. Bourdon
CHARLES F. BOURDON, SBN 84782
179 – 11th Street, 2nd Floor
San Francisco, CA 94103
Tel: (415) 864-5100
Fax: (415) 865-0376

Attorney for Defendant
**GUO YING LU**

cJEJG

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GUO YING LU,<br><br>　　　　Defendant. | CR. No. 2:06-CR-0337 EJG<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |

**THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:**

Defendant Guo Ying Lu's sentencing hearing is presently scheduled for October 14, 2011, at 10:00 a.m. The parties have agreed to continue the hearing to a future date to afford Defendant additional time to adequately prepare for the hearing.

The parties hereby stipulate and agree that the change of plea hearing scheduled for October 14, 2011, at 10:00 a.m be continued to December 9, 2011 at 10:00 a.m. The parties therefore request that the Court vacate the October 14, 2011 sentencing hearing date, and schedule a new sentencing date on December 9, 2011 or such a date thereafter as may be

//

//

1

convenient for the Court. The parties agree that the matter be continued based on the need for effective preparation and continuity of counsel. It is further stipulated that all deadlines regarding the filing of any sentencing memoranda comport with the new sentencing hearing date of December 9, 2011, pursuant to Federal Rule of Criminal Procedure 32 and Eastern Federal District of California Rule 460.

IT IS SO STIPULATED:

Dated: September, 29, 2011        /s/ Charles F. Bourdon
                                  By: CHARLES F. BOURDON
                                  Attorney for Defendant
                                  GUO YING LU

Dated: September, 29, 2011        /s/ Heiko P. Coppola
                                  By: HEIKO P. COPPOLA
                                  Attorney for Plaintiff

# ORDER

Based on stipulation of the parties, the Court hereby vacates the October 14, 2011 sentencing hearing and sets a new change of sentencing hearing for 10:00a.m. on December 9, 2011.

Based on the stipulation of the parties, the Court hereby modifies the currently existing disclosure and filing schedule with respect to the Presentence Report (PSR) and sentencing memoranda to comport with the new sentencing hearing date, pursuant to Federal Rule of Criminal Procedure 32 and Eastern Federal District of California Rule 460.

IT IS SO ORDERED.

DATED: 10/3/11

THE HON. EDWARD J. GARCIA
United States District Judge