1  Law Offices of Charles F. Bourdon
   CHARLES F. BOURDON, SBN 84782
2  179 – 11th Street, 2nd Floor
   San Francisco, CA 94103
3  Tel: (415) 864-5100
   Fax: (415) 865-0376
4
   Attorney for Defendant
5  **GUO YING LU**



**FILED**

DEC 1 3 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

6

7              IN THE UNITED STATES DISTRICT COURT FOR THE
8                   EASTERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,                **CR. No.  2:06-CR-0337 EJG**

10           Plaintiff,

11  v.                                       **STIPULATION AND**
                                             **ORDER TO CONTINUE SENTENCING**
12  GUO YING LU,                             **HEARING**

13           Defendant.

14                                           
15

16

17  **THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:**

18      Defendant Guo Ying Lu's sentencing hearing scheduled for December 9, 2011, at 10:00

19  a.m was vacated by the Court on November 30, 2011.

20      Pursuant to the Court's order dated November 30, 2011, the parties have met and

21  conferred and hereby stipulate and agree that the judgement and sentencing of Guo Ying Lu be

22  continued to January 27, 2011, at 10:00 a.m.   The parties therefore request that the Court

23  schedule a new sentencing date on January 27, 2012 or such a date thereafter as may be

24  convenient for the Court.

25      IT IS SO STIPULATED:

26

                                        1

Dated: December 1, 2011

/s/ Charles F. Bourdon
By: CHARLES F. BOURDON
Attorney for Defendant
GUO YING LU

Dated: December 1, 2011

/s/ Heiko P. Coppola
By: HEIKO P. COPPOLA
Attorney for Plaintiff

**ORDER**

Based on stipulation of the parties, the Court hereby sets a new judgment and sentencing date for 10:00a.m. on January 27, 2012

IT IS SO ORDERED.

DATED: 12/12/11

THE HON. EDWARD J. GARCIA
United States District Judge

2